## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **GLORIA J. LANGE and DON R.** | § | |
| **LANGE, Individually and as** | § | |
| **Husband and Wife** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **No. 507CV045** |
| | § | **JURY** |
| **TEXAS ROADHOUSE OF** | § | |
| **TEXARKANA, LTD.,** | § | |
| **Defendants.** | § | |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

**TO:**   Defendant Texas Roadhouse of Texarkana, Ltd., by and through its attorneys of record, Lisa R. Crittenden and William C. Gooding, GOODING & CRITTENDEN, L.L.P., 2005 Moores Lane, P.O. Box 6168, Texarkana, Texas 75505-6168.

COMES NOW, Plaintiffs **GLORIA J. LANGE** and **DON R. LANGE,** pursuant to the Federal

Rules of Civil Procedure, and directs to Defendant **TEXAS ROADHOUSE OF TEXARKANA, LTD.**

their Designation of Expert Witnesses.

Respectfully submitted,

**FLINT & SOYARS, P.C.**

By:   /s/ Matthew Q. Soyars
**Matthew Q. Soyars**
Texas Bar No. 24037534
**Tara S. Evans**
Texas Bar No. 24045853
5520 Plaza Drive
Texarkana, Texas  75503
Tel. (903)334-8928
Fax. (903)334-8853
**Attorneys for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Designation of Expert Witnesses has been forwarded on this the _____ day of October, 2007, to the following:

Lisa R. Crittenden and William C. Gooding
GOODING & CRITTENDEN, L.L.P.
2005 Moores Lane
P.O. Box 6168
Texarkana, Texas 75505-6168.

_____
**Tara S. Evans**

**EXPERT WITNESS LIST**

Russell J. Kendzior
Traction Plus, Inc.
1725 Weeping Willow Way
Southlake, Texas 76092
Slip and Fall Expert

Medical Providers and/or Custodian of Records of LifeNet, Inc.
6300 Hampton Road
Texarkana, Texas 75503
(903) 832-8531
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Christus St. Michael Health System
2600 St. Michael Drive
Texarkana, Texas 75503
(903) 614-1000
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Medical Providers and/or Custodian of
Records of Radiology Consultants, L.L.P.
P.O. Box 5667
Texarkana, Texas 75504
(903) 794-4756
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Texarkana Emerg Med Phys, P.A.
P.O. Box 6428
Texarkana, Texas 75504
(903) 614-8250
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Chappel-Joyce Pathology
5409 Plaza Drive
Texarkana, Texas 75503
(903) 223-5200
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Burnett & Associates Anesthesia, P.A.
4500 Summerhill Road
P.O. Box 779
Texarkana, Texas 75503
(903) 792-8888
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Orthopedic Specialists of Texarkana,
P.L.L.C. including, but not limited to Richard M. Hilborn, M.D.
2605 St. Michael Drive, #239
Texarkana, Texas 75503
(903) 614-5400
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Collom & Carney Clinic including, but not limited to John E. Hueter, M.D., Bret F. Craytor, M.D., Michael T. Hillis, M.D., Jarrell T. Myrick, M.D., Malcom A. Smith, M.D.
5002 Cowhorn Creek
Texarkana, Texas 75503
(903) 792-2086
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Texarkana Cardiology Associates including, but not limited to Charles L. Melton, M.D. and James M. Hurley, M.D.
2605 St. Michael Drive, #345
Texarkana, Texas 75503
(903) 838-5500
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Surgery Associates of Texarkana, P.A.
1920 Galleria Oaks
Texarkana, Texas 75503
(903) 792-6114
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of HealthSouth Rehab
1313 N. Belt Line Road, #102
Mesquite, Texas 75149
(972) 289-0691
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Linus J. Miller, DO
3500 Interstate 30, #B210
Mesquite, Texas 75150
(972) 686-1795
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of COR Specialty Associates of North Texas, P.A.
Dallas Heart Group
7777 Forest Lane, Ste. A-202
Dallas, Texas 75230
(972) 566-7733
Plaintiff's healthcare provider

Medical Providers and/or Custodian of Records of Kroger Pharmacy
1919 Faithon P. Lucas Boulevard
Mesquite, Texas 75181
(469) 726-0013
Plaintiff's healthcare provider

Plaintiff may supplement.