# EXHIBIT I
PLAINTIFF'S EXPERT RUSSELL KENDZIOR'S REPORT



January 4, 2008

Mr. Matthew Q. Soyars
Flint & Soyars, P.C.
5520 Plaza Dr.
Texarkana, TX 75503

Re: Cause No. 507CV-045 Gloria Lange and Don R. Lange, Individually and as husband and wife, Vs. Texas Roadhouse of Texarkana, LTD.

Dear Mr. Soyars;

Please accept the following summary report as it relates to Ms. Lange's slip-and-fall incident which occurred on June 17, 2005 at the Texas Roadhouse Restaurant located in Texarkana Texas. I have reviewed the information you had provided including: the Plaintiff's original petition and request for disclosure, Plaintiffs statements, statements and affidavits of Mr. Ronnie Jordan and Ms. Linda Jones, Texas Roadhouse's guest incident report, Defendants objections, "Saddle Up With Safety"/Company Safety and maintenance policies, and a series of photographs of the restaurant. I reserve the right to amend my opinions as information may be presented to me in the futures. Listed below are several facts as it relates to this case:

1. Peanuts, peanut shells, and peanut oil were present in the floor at the time of the incident

2. The flooring material was that of a plank wood (stained pine)

3. Warning signs were not posted on or adjacent to the walkway

4. The location of the incident was dimly lighted

Upon reading Ms. Lange's statement dated August 4, 2005, it is my understanding that at approximately 6:30 p.m. on Friday June 17, 2005 Ms. Lange and her husband were leaving the Texas Roadhouse Restaurant located in Texarkana, Texas where they had just dined. Upon leaving the restaurant, Ms. Lange stepped on a slippery section of the floor located in the bar area which caused her to lose her balance and fall to the floor in-turn injuring her right knee. Aside from her husband, Mr. Don R. Lange, who was an eye witness to the fall, another eye witness to the event, Ms. Linda Jones confirms the facts as described above regarding Ms. Lange's incident. It is Ms. Lange's contention that what caused her foot to slip was that of peanut shells and or peanuts which were present on the walkway in question.

Although wood plank like that at the Texas Roadhouse Restaurant is an appropriate walkway material, such material requires proper maintenance. Walkways, like that of a restaurant take a great deal of abuse from foot traffic, spilled food and drinks, etc. which, over time contaminate the walkway surface causing it to become slippery. This phenomenon is accelerated with the addition of peanuts/peanut shells being disposed of onto the walkway.

Independent research has shown that approximately 37% of the mass of peanuts is comprised of peanut oil [1] therefore for every pound (16 ounces) of peanuts being dropped on the floor, 4 ounces of peanut oil is available for contamination. Furthermore, vegetable oils like peanut oil are difficult to remove from walkway surfaces and require a specialized cleaning solution and procedure to which no evidence has been provided to me that the Texas Roadhouse Restaurant is in-fact properly cleaning their floors.

Furthermore, it is my opinion that due to the continued application of peanuts and peanut shells onto the floor in question that the surface was contaminated and unsuitable for pedestrian use. The restaurant industry and specifically Texas Roadhouse Restaurant's, are prone to slip and fall accidents which often times result in accident claims and litigation. Although this information is known and publically acknowledged by the company's senior management, they have consciously chosen to not take action to remediate such risks and in-fact have chosen to increase such risk at the expense of both their employees and invited guests expense.

The American Society of Testing and Materials (ASTM) has defined the standard of care for pedestrian walkways and has published such a standard entitled ASTM F-1637-95 "Standard Practice for Safe Walking Surfaces" (enclosed). The scope of this standard states that; "This practice covers the design and construction guidelines and minimum maintenance criteria for new and existing buildings and structures" and calls for the following safety guidelines:

> Section 4.1.3: "Walkway surfaces shall be slip resistant under expected environmental conditions and use."
>
> Section 4.1.4: "Interior walkways that are not slip resistant when wet shall be maintained dry during periods of pedestrian use."
>
> Section 4.4.3: "Mats and runners should be provided at other wet or contaminated locations."

Furthermore, the failure to warn pedestrians as to pending harm as the result of a slip and fall is a violation of Section 8. Entitled "Warnings" Of the American National Standards Institute (ANSI) A1264.1 standard which states:

> 8.1 General. A warning shall be provided whenever a slip/fall hazard has been identified until appropriate corrections can be effected.
>
> 8.1.1 When a slip/fall hazard which covers an entire walkway exists, thus making it difficult to safely route personnel around the hazard, barricades should be used to prevent access (see Section 9.1). If appropriate, an employee should be assigned to detour personnel, in conjunction with the appropriate use of warning signs until the barricade can be erected or the hazard removed.

The walkway in question violated the guidelines listed above to which is my basis of my opinion that the Texas Roadhouse of Texarkana was not in compliance with the standard of care of pedestrian walkways and in failing to meet such standards were negligent.

Furthermore, it is my view that Texas Roadhouse Restaurants are well known for having peanut shells on their floors and encourage their invited guests to discard peanut shells onto the floor of the restaurant. Although such a policy may fit the company's, rustic "Roadhouse" image, it does so at the expense of pedestrian safety. The discarding of peanuts and or peanut shells onto their floors decreases the floors slip resistance and in-turn, increases the risk of injury due to slipping.

According to the documentation provided by the Defendant, it is the company's policy to: "*Sweep their floors in the dining room **every 15-30 minutes** for any accumulation of food and other debris. On busy nights, sweep more often especially in heavily congested areas such as the entry, waiting area, major walkways, ramps, under tables/booths and in the bar area*". This practice is not typical in the restaurant industry which generally calls for sweeping the floors once each shift or as needed. It is my view that the reason why Texas Roadhouse Restaurants calls for more frequent floor sweeps is because of the accumulation of peanut shells that they encourage their patrons to discard onto the floor. Such is further evidenced by the fact that there are no written policies instructing store personnel to discourage this practice nor are there any posted signs instructing patrons not to throw peanut shells onto the floor nor are there any warning signs alerting patrons as to the potential slip hazard associated with shells and peanuts on the floor.

Based on the facts as presented to me at this time, it is my opinion that Ms. Lange slipped and fell due to the presence of peanuts and or peanut shells on the floor which were known by the restaurants management prior to the event and were not removed. Ms. Lange's accident could have been prevented had the walkway been properly maintained as to be free of such substances. Unfortunately the management failed in their duty to exercise good judgment and in-turn, exposed their employees and invited guests to unnecessary risk. It is clear that had the stores management addressed this hazard prior to the time of Ms. Lange's visit that he would not have slipped and fallen. It is therefore my concluding opinion that the Texas Roadhouse of Texarkana was negligent in their duty to protect the public, specifically Ms. Lange from unnecessary risk and was directly responsible for his injuries.

Regards,

Russell J. Kendzior
President

RJK/nm

---

[1]. Cairo, Bob: Princeton Chemistry Institute, 1998 *"Experiment: Solubility and the Percent of Oil in Peanuts"*



Designation: F 1637 – 02ε1

# Standard Practice for Safe Walking Surfaces[1]

This standard is issued under the fixed designation F 1637; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

ε[1] NOTE—Per Committee F13 Bylaws, editorially replaced term definitions with reference to Terminology F 1646 in January 2004.

## 1. Scope

1.1 *Scope*—This practice covers design and construction guidelines and minimum maintenance criteria for new and existing buildings and structures. This practice is intended to provide reasonably safe walking surfaces for pedestrians wearing ordinary footwear. These guidelines may not be adequate for those with certain mobility impairments.

1.2 Conformance with this practice will not alleviate all hazards; however, conformance will reduce certain pedestrian risks.

1.3 The values stated in inch-pound units are to be regarded as the standard. The SI units given in parentheses are for information only.

1.4 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

## 2. Referenced Documents

2.1 *ASTM Standards:*
F 1646 Terminology Relating to Safety and Traction for Footwear[2]

2.2 *ANSI Standard:*
ANSI-Z535.1 Safety Color Coding[3]

## 3. Terminology

3.1 See Terminology F 1646 for the following terms used in this practice:
 3.1.1 Bollard,
 3.1.2 Carpet,
 3.1.3 Cross slope,
 3.1.4 Element,
 3.1.5 Fair,
 3.1.6 Foreseeable pedestrian path,
 3.1.7 Footwear,
 3.1.8 Planar,
 3.1.9 Ramp,
 3.1.10 Sidewalk,
 3.1.11 Slip resistance,
 3.1.12 Slip resistant,
 3.1.13 Walkway surface hardware, and
 3.1.14 Walkway.

## 4. Significance and Use

4.1 This practice addresses elements along and in walkways including floors and walkway surfaces, sidewalks, short flight stairs, gratings, wheel stops, and speed bumps. Swimming pools, bath tubs, showers, natural walks, and unimproved paths are beyond the scope of this practice.

## 5. Walkway Surfaces

5.1 *General:*
5.1.1 Walkways shall be stable, planar, flush, and even to the extent possible. Where walkways cannot be made flush and even, they shall conform to the requirements of 5.2 and 5.3.
5.1.2 Walkway surfaces for pedestrians shall be capable of safely sustaining intended loads.
5.1.3 Walkway surfaces shall be slip resistant under expected environmental conditions and use. Painted walkways shall contain an abrasive additive, cross cut grooving, texturing or other appropriate means to render the surface slip resistant where wet conditions may be reasonably foreseeable.
5.1.4 Interior walkways that are not slip resistant when wet shall be maintained dry during periods of pedestrian use.

5.2 *Walkway Changes in Level:*
5.2.1 Adjoining walkway surfaces shall be made flush and fair, whenever possible and for new construction and existing facilities to the extent practicable.
5.2.2 Changes in levels of less than ¼ in. (6 mm) in height may be without edge treatment. (See Fig. 1.)

---

[1] This practice is under the jurisdiction of ASTM Committee F13 on Safety and Traction for Footwear and is the direct responsibility of Subcommittee F13.50 on Traction.
Current edition approved Sept. 10, 2002. Published November 2002. Originally published as F 1637 – 95. Last previous edition F 1637 – 95.
[2] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For *Annual Book of ASTM Standards* volume information, refer to the standard's Document Summary page on the ASTM website.
[3] Available from American National Standards Institute (ANSI), 25 W. 43rd St., 4th Floor, New York, NY 10036.

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States.

1/4" difference in levels

**FIG. 1 Changes in Levels of Less Than 1/4 in. (6 mm)**

5.2.3 Changes in levels between 1/4 and 1/2 in. (6 and 12 mm) shall be beveled with a slope no greater than 1:2 (rise:run).

5.2.4 Changes in levels greater than 1/2 in. (12 mm) shall be transitioned by means of a ramp or stairway that complies with applicable building codes, regulations, standards, or ordinances, or all of these.

5.3 *Carpet*:

5.3.1 Carpet shall be maintained so as not to create pedestrian hazard. Carpet shall be firmly secured and seams tightly maintained. Carpet shall not have loose or frayed edges, unsecured seams, worn areas, holes, wrinkles or other hazards that may cause trip occurrence.

5.3.2 Carpet on floor surfaces shall be routinely inspected. Periodic restretching may become necessary. Periodic inspection is particularly important at step nosing edges.

5.3.3 Carpet and carpet trim (as measured when compressed) shall meet the transition requirements of 5.2.

5.3.4 Shag-type carpet shall not be used on stair treads. Carpeting should be firmly secured onto the tread and around the nosing.

5.4 *Mats and Runners*:

5.4.1 Mats, runners, or other means of ensuring that building entrances and interior walkways are kept dry shall be provided, as needed, during inclement weather. Replacement of mats or runners may be necessary when they become saturated.

5.4.2 Building entrances shall be provided with mats or runners, or other means to help remove foreign particles and other contaminants from the bottom of pedestrian footwear. Mats should be provided to minimize foreign particles, that may become dangerous to pedestrians particularly on hard smooth floors, from being tracked on floors.

5.4.3 Mats or runners should be provided at other wet or contaminated locations, particularly at known transitions from dry locations. Mats at building entrances also may be used to control the spread of precipitation onto floor surfaces, reducing the likelihood of the floors becoming slippery.

5.4.4 Mats shall be of sufficient design, area, and placement to control tracking of contaminants into buildings. Safe practice requires that mats be installed and maintained to avoid tracking water off the last mat onto floor surfaces.

5.4.5 Mats, runners, and area rugs shall be provided with safe transition from adjacent surfaces and shall be fixed in place or provided with slip resistant backing.

5.5 *Illumination*:

5.5.1 Minimum walkway illumination shall be governed by the requirements of local codes and ordinances or, in their absence, by the recommendations set forth by the Illuminating Engineering Society of North America (IES) (Application and Reference Volumes).

5.5.2 Illumination shall be designed to be glare free.

5.5.3 Illumination shall be designed to avoid casting of obscuring shadows on walkways, including shadows on stairs that may be cast by users.

5.5.4 Interior and exterior pedestrian use areas, including parking lots, shall be properly illuminated during periods when pedestrians may be present.

5.6 *Headroom*—A minimum headroom clearance of 6 ft 8 in. (2.03 m), measured from the walkway surface, shall be provided above all parts of the walkway. Where such clearance is not provided in existing structures, the low clearance portions of the walkway shall be safely padded, marked with safety contrast color coding (for example, see ANSI-Z535.1) and posted with appropriate warning signs.

5.7 *Exterior Walkways*:

5.7.1 Exterior walkways shall be maintained so as to provide safe walking conditions.

5.7.1.1 Exterior walkways shall be slip resistant.

5.7.1.2 Exterior walkway conditions that may be considered substandard and in need of repair include conditions in which the pavement is broken, depressed, raised, undermined, slippery, uneven, or cracked to the extent that pieces may be readily removed.

5.7.2 Exterior walkways shall be repaired or replaced where there is an abrupt variation in elevation between surfaces. Vertical displacements in exterior walkways shall be transitioned in accordance with 5.2.

5.7.3 Edges of sidewalk joints shall be rounded.

## 6. Walking Surface Hardware

6.1 Walking surface hardware within foreseeable pedestrian paths shall be maintained flush with the surrounding surfaces; variances between levels shall be transitioned in accordance with 5.2.

6.2 Walking surface hardware within foreseeable pedestrian paths shall be maintained slip resistant.

6.3 Walking surface hardware shall be installed and maintained so as to be stable under reasonable foreseeable loading.

## 7. Stairs

7.1 *General*:

7.1.1 Stairways with "distracting" forward or side views shall be avoided. A "distracting" view is one which can attract the stair user's attention, (for example, advertisements, store displays), thus distracting the stair user.

7.1.2 Step nosings shall be readily discernible, slip resistant, and adequately demarcated. Random, pictorial, floral, or geometric designs are examples of design elements that can camouflage a step nosing.

7.1.3 Doors shall not open over stairs.

7.1.4 Structure (reserved).

7.2 *Short Flight Stairs (Three or Fewer Risers)*:

7.2.1 Short flight stairs shall be avoided where possible.

7.2.2 In situations where a short flight stair or single step transition exists or cannot be avoided, obvious visual cues shall be provided to facilitate improved step identification. Handrails, delineated nosing edges, tactile cues, warning signs, contrast in surface colors, and accent lighting are examples of some appropriate warning cues.

## 8. Speed Bumps

8.1 Design to avoid the use of speed bumps.

8.2 All speed bumps which are in foreseeable pedestrian paths shall comply with 5.2 (walkway changes in level).

8.3 Existing speed bumps, that do not conform to 5.2, shall be clearly marked with safety color coding to contrast with surroundings in accordance with ANSI Z535.1. Painted speed bumps shall be slip resistant. Pedestrian **CAUTION** signs are recommended.

## 9. Wheel Stops

9.1 Parking lots should be designed to avoid the use of wheel stops.

9.2 Wheel stops shall not be placed in pedestrian walkways or foreseeable pedestrian paths.

9.3 Wheel stops shall be in contrast with their surroundings.

9.4 Wheel stops shall be no longer than 6 ft (1.83 m) and shall be placed in the center of parking stalls. The minimum width of pedestrian passage between wheel stops shall be 3 ft (0.91 m).

9.5 The top of wheel stops shall not exceed 6.5 in. (165 mm) in height above the parking lot surface.

9.6 Adequate illumination shall be maintained at wheel stops as governed by the requirements of local codes and ordinances or, in their absence, by the recommendations set forth by the Illuminating Engineering Society of North America (IES-Application and Reference Volumes).

9.7 Bollards, not less than 3 ft 6 in. (1.07 m) height, may be placed in the center of parking stalls as an alternative to wheel stops. Bollards should be appropriately marked to enhance visibility in accordance with ANSI-Z535.1.

## 10. Gratings

10.1 Gratings used in public areas should be located outside of pedestrian walkways.

10.2 Gratings located in foreseeable pedestrian walkways shall not have openings wider than ½ in. (13 mm) in the direction of predominant travel.

10.2.1 *Exemption*—The requirements of 10.2 do not apply in areas where footwear worn is controlled (for example, industrial areas).

10.3 Gratings with elongated openings shall be placed with the long dimension perpendicular to the direction of predominant travel.

10.4 Gratings shall be maintained slip resistant.

## 11. Warnings

11.1 The use of visual cues such as warnings, accent lighting, handrails, contrast painting, and other cues to improve the safety of walkway transitions are recognized as effective controls in some applications. However, such cues or warnings do not necessarily negate the need for safe design construction.

## 12. Keywords

12.1 carpet; floors; gratings; mats; runners; sidewalks; short flight stairs; slip resistance; speed bump; stairs; walkway; wheel stop

ASTM International takes no position respecting the validity of any patent rights asserted in connection with any item mentioned in this standard. Users of this standard are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, are entirely their own responsibility.

This standard is subject to revision at any time by the responsible technical committee and must be reviewed every five years and if not revised, either reapproved or withdrawn. Your comments are invited either for revision of this standard or for additional standards and should be addressed to ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend. If you feel that your comments have not received a fair hearing you should make your views known to the ASTM Committee on Standards, at the address shown below.

This standard is copyrighted by ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States. Individual reprints (single or multiple copies) of this standard may be obtained by contacting ASTM at the above address or at 610-832-9585 (phone), 610-832-9555 (fax), or service@astm.org (e-mail); or through the ASTM website (www.astm.org).



# Russell J. Kendzior
**President and Chief Executive Officer**
Traction Plus, Inc.
P.O. Box 92628
Southlake, TX 76092
(817) 749-1705
russk@tractionplus.com

**Experience:**
1990-Present     Founder, President & CEO, Traction Plus, Inc. Southlake, TX

Internationally recognized as a leader in floor safety technology. Developed a complete line of slip-and-fall prevention products under the Traction Plus ® and SlipShield® brands. Released the first-of-its-kind floor safety products integrating state of the art technology. Developed Traction Plus Tred Safe® footwear in partnership with Wal-Mart Stores U.S.A. and Canada. Author of the best selling book on slips and falls entitled *"Slip-and Fall Prevention Made Easy"* (©1999 Government Institutes, Inc.) and *OSHA Safe Walking and Working Surface Checklist* (A.M. Best Corp. 1996-present).

1997-Present  Founder & Executive Director of The National Floor Safety Institute (NFSI)

Founded NFSI in 1997 as a not-for-profit organization, the NFSI's mission is to *"aid in the prevention of slip-and-fall accidents through education, training, and research"*. The NFSI is lead by a ten-member board of directors representing product manufacturers, insurance companies, and independent researchers. Author of numerous articles for the restaurant, retail, legal, and safety industries.

1986-1990    Contract Sales Manager-The Adleta Company, Carrollton, TX
             Armstrong World Industries

Responsible for managing a $4 million commercial flooring account base. Developed both retail and commercial markets for Armstrong World Industries, North Texas region, in residential and commercial flooring products. Trained and supervised installation and recommended maintenance procedures for account base. Trained local and regional architectural and design firms to promote commercial flooring materials.

**Education:**

BS Mathematics, Bradley University, 1985

**Professional Training:**

U.S. Department of Labor Occupational Safety and Health Administration (OSHA)
Armstrong World Industries, Lancaster, PA

**Professional Associations:**

National Floor Safety Institute (NFSI) - Founder and Chairman of the Board
ANSI B101 Committee Member - Safety Requirements for Slip, Trip, and Fall Prevention
International Code Council (ICC) – Corporate Member
National Safety Council (NSC) - Member of the Board of Delegates
American Society for Testing and Materials (ASTM) - Voting Member
American Society of Safety Engineers (ASSE) - Professional Member
The Association of Certified Fraud Examiners (ACFE) - Member

# Publications



Mr. Kendzior is the author of the best selling book on pedestrian safety entitled *"Slip and Fall Prevention Made Easy"* ISBN# 0-86587-664-9 (Copyright 1999 Government Institutes, Inc.)

The following is a list of publications authored by Mr. Kendzior:

*Occupational Health & Safety*

    October 2002 "When "Wet Floor" Signs Aren't Enough"

*Professional Retail Store Maintenance Magazine (PRSM)*

    May 2000 "Caution: Slip Resistant Floor Ahead"
    June 2000 "Defending Yourself in a Slip-and-Fall Lawsuit
    September 2000 "Facing OSHA and The ADA Without Fear"
    December 2000/January 2001 "Preventing Slip-and-Fall Accidents"

    February 2001 "Slips, Falls and The Facilities Manager"
    April 2001 "Is Your Store Headed For a Slip-and-Fall Accident?"
    July/August 2001 "Slip-and-Fall Issues (Column)
    September 2001 "Slip –and-Fall Issues (Column)
    April 2003 "Will Washington Outlaw Slippery Floors"

*Services Magazine*

    March 2000 "Factors Contributing to Slips and Falls"

*ISSA Today*

    February 2000 "Will Washington Outlaw Slippery Floor"
    July 2000 "Confronting the Age Old Problem"

*Commercial Risk*

    Autumn 1999 "Countering The Major Risk of Slip and Fall"

*Commercial Floor Care*

    December 2000 "Elevating Floor Care to Floor Safety"

*Cleaning & Maintenance Management*

    April 2004 Cover Story "Slip and Fall, Who's got your back?"

**Concrete News**

    August 2004 "The Hard Truth About Concrete Safety"

| Attorney / Firm (Updated 12/01/07) | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Todd Clement | 17400 Dallas Pkwy. Dallas, TX | 214/250-6363 | Porter vs. La Quinta Inns. | 342-172219-98 | x | |
| Mark Markey | 901 Indiana #400 Witchita Falls, TX | 800/805-7575 | Dean vs. Albertsons | 176-96-E | | x |
| Ed Lavin | 8918 Tesoro Dr. #418 San Antonio, TX | 210/829-1938 | Perkins vs. State of Texas WC | | x | |
| | | | Kaye vs. State of Texas WC | | x | |
| Ball & Weed | 745 E. Mulberry San Antonio, TX | 210/731-6300 | Peeler vs. Stop-N-Go Markets | 94-C104706 | x | |
| Bernard Guerrini | 6500 Greenville Ave. #320 Dallas, TX | 214/692-6556 | Ewing vs. HCA Columbia Hospital | 380-88-96 | | x |
| Cain & Chapman | 124 S. Crockett Sherman, TX | 903/892-8093 | Hearn vs. N. Park Plaza Hotels | 96-07184-H | x | |
| Fergus & Fergus | 4400 Buffalo Gap Rd. #2400 Abeline, TX | 915/691-0370 | Ochoa vs. Whitewood Bowling Lanes | 21,558-B | | x |
| Lester Vance | 1303 N. Rayburn Freeway Sherman, TX | 903/892-2529 | Vietta vs. K-Mart Corp. | 4:97CV22 | | x |
| Phil Watkins P.C. | 700 N. St. Marys St. San Antonio, TX | 201/225-6666 | Vecky vs. City of San Antonio | Z-130-251-288 | | x |
| Franklin Hylken P.C. | 16950 Dallas Pkwy. #1000 Dallas, TX | 972713-8083 | Shanley vs. HB Restraurants | 96-09404-M | | x |
| Brady, Lerma Chartered | P.O. Box 1398 Boise, ID | 208/327-8900 | Arritt vs. Smiths Food & Drug | CV-97-00028-D | x | |
| Michael Maloney & Assoc. | 909 Fannin St. #3700 Houston, TX | 713/759-1600 | Thrower vs. Admiral Linen | 1999-17204 | | x |
| Michael Lee & Assoc. | 615 N. Upper Broadway Corpus Christi, TX | 512/822-4444 | Bernsen vs. Whataburger, Inc. | 98-1286-H | | x |
| Rivkind & Pedrazza, P.A. | 66 W. Flagler St. Miami, FL | 305/374-0565 | Mc Clain vs. Dolphin Cruise Lines, Inc. | 95-03272-CA-01 | | x |
| Scott Arnold | 310 Main St. #200 Houston, TX | 713/227-6653 | Krieger vs. Garden Ridge Invest. | 96245 | | x |
| Kelly, Hart & Hallman | 201 Main St. #2500 Ft. Worth, TX | 817/332-2500 | Massengale vs. GTE | 48-170052-97 | x | |
| Norberto Flores | P.O. Box 5384 Austin, TX 78763 | 512/481-1112 | Rojas vs. Mac Frugal's Inc. | 00-CA-046-SS | | x |
| Phillips, Hopkins, Eames, Cobb NOTE: This case was aquired by Attorney Sam Boyd listed below | P.O. Box 2027 Denton, TX | 940/566-7010 | Lynda Wood vs. K-Mart Corp. | 98-20442-158 | | x |
| Sam Boyd | 6440 N. Central Expr. Dallas, TX | 214/696-2300 | Lynda Wood vs. K-Mart Corp | 98-20442-158 | x | |
| Rushton, Stakely, Johnston... | 184 Commerce St. Montgomery, AL | 334/206-3100 | Muhammed vs. CVS Pharmacy | CV-98-77 | x | |
| | | | Hassett vs. Sunbelt Golf Course | CV-02-319-R | x | |
| Roberts & Burnett | P.O. Box 1521 Abilene, TX | 915/690-1811 | Mc Lean vs. Baack's, Inc. | 6157-D | | x |
| | | | Ferrell vs. United Supermarkets | 6154-D | | x |
| | | | Stamms vs. Wal-Mart Stores East Dobbs vs. Wal Mart | 100-CV-0202C | | x |

Page 2.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Robles & Associates | 2102 South IH-35 Austin, TX | 512/416-1208 | Austin vs. Motorola, Inc. | GN-00416 | X | |
| Whittenburg, Whittenburg... | 600 Pearl St. Dallas, TX | 214/999-5700 | Jokel vs. Promus Hotel Corp. | 99-12240-E | X | |
| Sorrell, Anderson, Lehman... | 711 Carancahua Corpus Christi, TX | 361/884-4981 | Corson vs. Staples, Inc... | 00-2595-A | X | |
| Todd Smith | 2725 Central Dr. Bedford, TX | 817/684-9400 | Moody vs. Kroger Corp. Cheatham vs. Lowes Corp. Dennis vs. Race Trac Petroleum Langford vs. Moslah Howland vs. Half Price Books Clark vs. Trans-Trade, Inc. | 352-177333-99 348-183-439-00 67-199433-03 352-192656-02 153-199431-03 48-204643-04 | X X X X X | |
| Harrison & Hull | 307 W. Washington Sherman, TX | 903/893-9421 | Tinsley vs. Pasco Oil Co. Mc Vicker vs. Jose's Foods Inc. Carrion vs. McCoy's Corp. | 00C1239-005 69,520 | X X X | |
| Landrith & Kulesz L.L.P. | P.O. Box 742 Arlington, TX | 817/226-1100 | Gifford vs. Forum Arlington Prop. Mc Gee vs. Hare's Nursery | 352-183315-00 96-198368-03 | X | X |
| Heldt & Mc Keone | 710 N. Grant St. Lexington, NB | 512/472-5510 | Vermaas vs. Bob's Kwik Shop | GN-000944 | X | |
| Wernstein, Smith & Wilson | 106 E. 6th St. Austin, TX | | Rodriguez vs. Cinemark USA | GN-000944 | X | |
| Reeves, Chavez, Walker, ... | 300 S. Water St. Las Cruces, NM | 505/524-9617 | Portillo vs. W. New Mexico Univ. Garcia vs. Albertsons Lindsey vs. Albertsons | CV-2001-202 CV-02-468 CV-03-1377 | X X X | |
| Wise, Carter, Child, Caraway | 401 E. Capitol St. Jackson, MS | 601/968-5500 | Wilt vs. Fitzgerald's Casino Lee vs. Hotel O'Krepiki | 2:9900166-BB 3:02cv1415in | X X | |
| Bock & Finkleman | Two Logan Square Philadelphia, PA | 215/563-4800 | Carroll vs. Cedarbrook C.C. | 97-012299 | | X |
| Bruegger, Quitlin & Mc Callough | 5477 Glen Lakes Dr. Dallas, TX | 214/365-9000 | Perce vs. Toyota of Dallas | | | X |
| Watt, Beckworth & Carrigan | 1010 Lamar St. Houston, TX | 713/650-8100 | Stephens vs. Great Plains | B000540-C | X | |
| Bonneau & Wilk | 12005 Ford Rd. Dallas, TX | 971/406-9200 | Bollig vs. Sidsam, Inc. | | | X |
| Gordon & Weinberg | 21 S. 21st St. Philadelphia, PA | 215/988-9600 | Dockins vs. Sears and Roebuck | 98-CV-249 | | X |
| Strong, Pipkin, Bissell... | 595 Orleans Beaumont, TX | 409/981-1000 | Cox vs. Chevron USA | B-164,876 | X | |
| Murphy, Moore & Griffith, P.C. | 2200 Forrest Park Blvd. Fort Worth, TX | 817/926-8890 | Young vs. Winn-Dixie of Texas | 141-187777-01 | | X |

Page 3.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Kelly, Jeremiah & Feder | 3400 Bissonnet Houston, TX | 713/839-8131 | Henry vs. Centralized Financial | 2000-17372 | | x |
| Pressman & Wenof | 2401 Pennsylvania Ave. Philadelphia, PA | 610/238-0315 | Rita DiTonno | | | x |
| M. Brad Dixon | 100 S.E. 6th Ave. Mineral Wells, TX | 940/325-2299 | Tucker vs. Motel 6 | | | x |
| S. Gary Pokozola | 111 N. Houston St. Ft. Worth, TX | 817/870-0922 | Gibbins vs. Bruce Floors | | | x |
| Buonadonna, Benson & Parenti | 1138 E. Chestnut Ave. Vineland, NJ | 856/691-0312 | Higgins vs. Dal-Tile Corp. | | x | |
| Charles S. Dunn | P.O. Box 311 Lubbock, TX | 806/763-1944 | Puga vs. Chavez | 2001-513,370 | | x |
| Klass, Stoik, Mugan... | 627 4th St. Sioux City, IA | 712/252-1866 | Hart vs. Wal-Mart Stores, Inc. | LACV-085743 | x | |
| Manuel Guerra, III | 5200 N. McColl Rd. McAllen, TX | 956/618-1690 | Josenhans vs. Bennigans Rest. | C-0806-01-A | | x |
| Hill Parker & Roberson | 5300 Memorial Houston, TX | 713/868-1275 | Hinojosa vs. Mc Donlad's Corp. | 01-3883-B | | x |
| Schaffer, Schaffer & Kernal | 231 S. Peters Norman, OK | 405/364-0601 | West vs. Sooner West Plaza | CJ-2001-1146 | | x |
| Teague, Campbell, Dennis... | 1621 Midtown Pl. Raleigh, NC | 919/873-1814 | Gamble vs. Winn Dixie | 01 CVS 7930 | x | |
| Barclay Law Firm | 440 Louisiana St. Houston, TX | 713/224-2334 | Rodgers vs. DNJ Ent./Cintas Corp. | 19641 | | x |
| Mills Shirley L.L.P. | 600 Travis St. #3950 Houston, TX | 713/225-0547 | Sutton vs. Southwest Antiques | 2002-34041 | x | |
| Hourigan, Kluger & Quinn | 434 Lackawanna Ave. #200 Scranton, PA | 570/346-8414 | Thomas vs. Zeta Psi Fraternity<br>Rysz vs. Monroe County Waste | 46416-001<br>73216-001 | | x<br>x |
| McGilberry & Shirer, L.L.P. | 5720 LBJ Freeway Dallas, TX | 972/392-1225 | Russell Adams vs. Sysco<br>Sarah Baker vs. Kaufman Family Rest.<br>Lori Stewart vs. Young Chevrolet<br>Deckard vs. Sadiq Ali dba S.A. Food Mart | 60686 | | x<br>x<br>x<br>x |
| Chris Kuhner | 1200 Summit Ave. Ft. Worth, TX | 817/336-0321 | Hernandez vs. Jack in the Box | 017-190419-01 | | x |
| Sharon A. Hayes | P.O. Box 4484 Morgantown, WV | 304/598-5000 | Wise vs. CVS Pharmacy | | | x |
| David E. Cazares (Timm Davis) | 1632 N. 10th St. McAllen, TX | 956/664-2000 | Martinez vs. Pizza Hut | Cl.-37,727-B | | x |
| Campbell, DeLong, Hagwood... | 923 Washington Ave. Greenville, MS | 662/335-6011 | Watkins vs. Shoney's Restaurants | 3:02CV085-D-B | x | |
| Richardson Law Office | 118 S. Crocket Sherman, TX | 903/893-7541 | Jones vs. Girls Inc. | 02-0432 | | x |

Page 4.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Loncar & Assc. | 10440 N. Central Exp. Dallas, TX | 214/747-0422 | Lucksfed vs. Equity Res. Prop. Alexander vs. C.C. Apts. | 02-2912-K 02-10203 | | x x |
| J. Houston Gordon | 114 W. Liberty Ave. #300 Covington TN | 901/476-7100 | Mills vs. N & M Invest. | 02-2980-MIA | | x |
| Lubell & Rosen | 18250 NW 2nd Ave. Miami FL | 305/655-3425 | Walters vs. Opium Music, Inc. | 02-14813 CA 30 | | x |
| Erick S. Block | 203 Washington St. Jacksonville FL | 904/475-9400 | O'Reilly vs. Spencer's Gifts Allen vs. Winn Dixie Stores, Inc. King vs. Sears Roebuck | 02-02196-CA CA 01-7620 AD 02-04786 CA | | x x x |
| Tracy Considine, P.A. | 1 Sleiman Pkwy. Jacksonville, FL | 904/636-9777 | Parker vs. Fabrizio Phys. Therapy | BC 271961 | x | |
| Friedenthal, Cox & Herskovitz | 55 S. Lake Ave. #220 Pasadena, CA | 626/628-2800 | White vs. Bob Nuttal | 50091 | | x |
| Billy D. Hullum | P.O. Box 330939 Ft. Worth, TX | 817/346-9422 | Zuniga vs. Baylor Med. Ctr. | 352-191201-02 | | x |
| Anderson, Smyer & Riddle | 1300 S. University Dr. Ft. Worth, TX | 817/334-0059 | Knight vs. La Quinta Inns, Inc. | MM#4000-206 | | x |
| Mattingly & Schneider | 1900 W. Loop S. #770 Houston, TX | 713/621-1711 | Benavides vs. Denton Reg. Med. Ctr. | 2001-30727-211 | x | |
| Strasburger & Price, L.L.P. | 901 Main St. #4300 Dallas, TX | 214/651-4330 | Whelehan vs. Hyatt Regency-DFW | H&R-2507-00 | | x |
| Handy & Robinson | 301 Commerce St. Ft. Worth, TX | 817/336-4700 | Hannon vs. CiCi's Pizza | 915/653-6767 | | x |
| Ratliff Edwards & DeHoyos | 125 S. Irving St. San Angelo, TX | 915/653-6767 | Barron vs. Lowe's Home Ctr. | 048-192432 | | x |
| Bill Yarbough | 326 Somerset Circle Bedford, TX | 817/282-2455 | Olivaresvs. Mahlin Meaux | CM: 1000261267 | | x |
| James E. Diaz | 102 Versailles Blvd. Lafayette, LA | 337/266-1232 | Anathakrishanan vs. Covenant Health Sys. | 2003-521,295 | x | |
| Crenshaw Dupree & Milam | 1500 Broadway Lubbock TX | 806/762-5281 | Payne vs. Albertsons | 500,338 | | x |
| Roberson, Taylor, Young | 5700 Florida Blvd. Baton Rouge, LA | 225/929-6080 | Shultz vs. Leisure Lanes | CI-03-03210 | x | |
| Thomas, Thomas & Hafer | 305 N. Front St. Harrisburg, PA | 717/237-7119 | King vs. Sears | 02-04786-CA | | x |
| Tracy Considine | 1 Sleiman Parkway Jacksonville, FL | 904/636-9777 | Satterwhite vs. Jiffy Lube | 2000-64193 | | x |
| Louis M. Lippman | 5000 Travis Houston, TX | 713/650-1100 | Kilgys vs. Union Memorial Hospital Haag vs. Baltimore County | 21317.1 | | x x |
| Bodie Nagle | 21 W. Susquehanna Towson, MD | 410/823-1250 | Caddel vs. Meador Chrysler Plymouth | 02-12556-2 | | x |
| Hasten & Hansen | 3825 Green Oaks Blvd. Arlington, TX | 817/429-0956 | | | | x |

Page 5.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Feldman & Pinto | 1604 Locust St. Philadelphia, PA | 215/546-9904 | Judith O'Leary | 00-8077-20-2 | x | x |
| | | | Farina vs. Bucks County Hotel | | | x |
| Friday, Eldredge & Clark | 400 W. Capitol Little Rock, AR | 501/376-2147 | A.Q. Chicken vs. Oscoda Plastics | CIV 2002-121-1 | x | |
| Galvez Law Firm | 1200 Briarcrest Bryan, TX | 979/774-4529 | Eva Webb Estate | | | x |
| Oliver V. Baker | 10856 Vandale San Antonio, TX | 210/377-1414 | Villarreal vs. Texas Aaron Rents | 2002-CI-13524 | | x |
| James N. Francis | 5959 Sherry Ln. Dallas, TX | 214/368-1765 | Koons vs. Tower Club | 03-05701-A | | x |
| John M. Molloy & Assoc. | 20 S. Clark St. Chicago, IL | 312/346-4444 | Costa vs. Healey Const, USD,G&M,ECC... | 01-L-5669 | | x |
| | | | Adams vs. Trattoria Luigi's | 05 L 000458 | | x |
| | | | DeLaVega vs. TSD, Inc. | 05 L 6106 | | x |
| Miller and Curtis | 10000 N. Central Exp. Dallas, TX | 214/987-0005 | Lumbert vs. WHKOD | cc-03-10351 | | x |
| | | | Rose vs. TPMC Partners | cc-03-12156 | | x |
| J.L. Culpepper | 9821 Katy Freeway, Houston, TX | 713/463-6300 | Mikeska vs. Fiesta Mart, Inc. | 2003-07123 | | x |
| Thomas, Thomas & Hafer | 305 N. Front St. Harrisburg, PA | 717/237-7100 | Shultz vs. Leisure Lanes | CI-03-03210 | x | |
| Holcomb Dunbar | 728 Goodman Rd E. Southaven, MS | 662/349-0664 | Grodi vs. Mandalay Resort | 2:03CV112-AA | x | |
| J. Houston Gordon | 2121 Commerce Sq. Memphis, TN | 901/526-6464 | Stewart vs. Albertsons | CT-003135-02 | | x |
| Leahy & Hoste | 321 N. Clark St. Chicago, IL | 312/372-8893 | Ott vs. Hobby Lobby | 02L 015933 | | x |
| | | | Catalano vs. Bob Evans Farms | 02L 15935 | | |
| Norman R. Gordon | 5105 Hearne Ave. Shreveport, LA | 318/213-1674 | Bridges vs. Hartford Insurance | 59,313 | | x |
| Robin Katz & Assoc. | 823 Kimblewood Ln. Highland Park, IL | 312/909-8022 | Haken vs. Deerpath Inn. | 02 L 765 | | x |
| Marty D. Price | 2514 Boll St. Dallas, TX 75204 | 214/871-1386 | Ibarra vs. Country Hearth Inn. | C-2202-03-F | | x |
| Randall P. Crane | 201 Sam Houston San Benito, TX | 956/399-2496 | Rosalyn Robinson | | | x |
| Langdale vs. Vallotton | 1007 N. Patterson St. Valdosta, GA | 229/244-5400 | Newsome vs. Jungle Jym's | 03041/B | | x |
| Hoey & Farina | 542 S. Dearborn #200 Chicago, IL | 312/939-1212 | Kimble vs. Union Pacific Railroad | | | x |
| R.G. Taylor II & Assoc. | 500 Dallas St. Houston, TX | 713/654-7799 | Evans vs. City of Beaumont | A171182 | | x |
| James Hippard, Jr. | 1100 Leeland Suite 250 Houston, TX | 713/861-9966 | Jordan vs. C.E. Armstrong/Montrose Mining | 2003-46424 | | x |

Page 6.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Stephen L. Schaefer | 410 Main St. Bandara, TX | 830/796-8888 | Terry vs. Sousa | A-05-0173-CV-C | x | |
| Roberson, Taylor, Young... | 5700 Florida Blvd. #710 Baton Rouge, LA | 225/929-6080 | Flemming vs. Wal-Mart | 2005-C102410 | x | |
| | | | Payne vs. Albertsons | 500,338 | x | |
| Windle Turley, P.C. | 6440 N. Central Exp. Dallas, TX | 214/691-4025 | Wampler vs. Lawrence Bros. | 03-06-09830 | | x |
| Montes Law Firm | 726 N. Fielder Rd. Arlington, TX | 817/801-9400 | Yzaguirre vs. Mansouri, Inc. | 03-050059-B | | x |
| Michael J. Samarie | 7836 Park Ave. Houma, LA | 985/868-8223 | Aucoin vs. Old Republic Ins. | 77,863"D" | | x |
| Chamblee & Ryan | 2777 N. Stemmons Fwy. Dallas, TX | 214/424-8277 | Beshear vs. Pappadeaux Seafood Kitchen | 342-198667-03 | x | |
| Duke Walker | 521 N. Travis Sherman, TX | 903/813-3200 | Karen Stogsdill | | | x |
| Hess & McMurtrie | 200 Russell St. Huntsville, AL | 256/534-1134 | Dardic vs. Suburban Lodge | CV/03-1201-JPS | | x |
| Andereck, Evans, Milne,... | 119 E. Main St. Smithville, MO | 816/532-3895 | Addams vs. HY VEE | 03CV208888 | x | |
| | | | Jones vs. HY VEE | 04CV/323312 | x | |
| | | | Stegman vs. HY VEE | 03CV326031 | x | |
| | | | Summers vs. Casey's Marketing | 03CV-218346 | x | |
| | | | Royle vs. HY-VEE | 04CV233960 | x | |
| | | | Billington vs. HY-VEE | CV105-258CC | x | |
| Clifford & Brown | 1430 Truxtun Ave. Bakersfield, CA | 661/322-6023 | Herod vs. Country Mkt. Rest. | LC33297 | x | |
| Dollar Laird L.L.P. | 3139 Mercedes Dr. Monroe, LA | 318/387-9000 | Chunn vs. Brookshire Grocery | 95-42 | x | |
| Juan C. Hernandez | 4849 Greenville Ave. Dallas, TX | 214/373-9700 | Guerra vs. Tech. Chem. Co. | 71-160-00339-04 | x | |
| Klass Law Firm, L.L.P. | 4280 Sergeant Rd. Sioux City, IA | 712/252-5822 | Semmons vs. Glassford's Ent. | C-103 No.24 | x | |
| Sanders, O'Hanlon & Motley | 111 S. Travis St. Sherman, TX | 903/892-9133 | Sanders vs. Stonebriar | 380-01949-04 | x | |
| Ayers & Ayers | 4205 Gateway Dr. Colleyville, TX | 817/267-9009 | Partida vs. SMI G.P. | CC-03-09183 | x | |
| Winstead Law Firm | 401 Congress Ave. Austin, TX | 512/370-2863 | Eastman vs. Randall's Food Mkt. | 2004-11576 | x | |
| Jim L. Culpepper & Assoc. | 9821 Katy Fwy. Houston, TX | 713/463-6300 | McIlvale vs. Owen Rental & Svc. | 2004-09064 | | x |
| Samuel Grader | 2180 Harvard St. Sacramento, CA | 916/567-6404 | Fisher vs. Universal Bldg. Svcs. | 3A09161BL7 | x | |
| Jefferson D. Jelly | 924 Farmington Ave. Hartford, CT | 860/232-9999 | Isley vs. Price Chopper | CV-02-0088343S | | x |
| Rider Law Firm | 5300 Memorial Dr. Houston, TX | 713/868-5581 | Christian vs. Flow Properties | 2005-13354 | | x |

Page 7.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Reeves Law Firm | 1100 S. Main St. Las Cruces, NM | 505/541-0994 | Dominguez vs. NMSU | | x | |
| Flaherty Dow Elliott & McCarthy | 120 Adelaide St. Toronto Ontario Canada | 416/368-0231 | Kalsi vs. Wal-Mart Stores Canada/ARP | 22 04 4827 | x | |
| Daniel F. Clemson | 1084 Logan Ave. Renton, WA | 425/277-1299 | Yvonne Wilson vs. Bernie Boys, Inc. | | | x |
| Turnipseed & Boan | 128 Magnolia St. Spartanburg, SC | 864/573-0048 | Owens vs. Wal-Mart | | | x |
| Blankingship Keith | 4020 University Dr. Fairfax, VA | 703/691-1235 | Erard vs. American Tap Room | | | x |
| NOTE: This case has been acquired by Hall, Sickels, Frei, Kattenburg, Mims | | | | | | |
| Gregg Schellhammer | 1008 W. Pioneer Pkwy. Arlington, TX | 817/860-5563 | Garcia vs. DFW Airport | 153-203395-03 | | x |
| John M. Brown | 2321 Central Ave. Augusta, GA | 706/731-9925 | Moore vs. Newton Gen. Hospital | 2004-0097-3 | | x |
| Swanson, Martin & Bell | 330 N. Wabash Chicago, IL | 312/321-9100 | Hammarberg vs. Kohl's | 04 L 004023 | x | |
| McCrain, Sistrunk... | 3445 N. Causeway Blvd. Metarie, LA | 504/846-8442 | Hutchinson vs. LaQuinta | 2003-00672 | x | |
| Carpenter, Stanley & Meyers | 1516 S. Boston Ave. Tulsa, OK | 918/584-2450 | Ebert vs. TC Meridian Tower LP | CJ-2004-05558 | | x |
| Vinson & Elkins | 2001 Ross Ave. Dallas, TX | 214/220-7700 | Patterson vs. Stonegate Senior Care | 04A-076 | x | |
| Vincent N. Melchiorre | 1518 Walnut St. Philadelphia, PA | 215/985-1414 | Glassman vs. Starwood Hotels | PCCP #002362 | | x |
| Glenn Law Firm | 216 W. Wall St. Grapevine, TX | 817/424-5999 | Unruh vs. Stacy Furniture Brinkley vs. SVC Mfg. Qwuaker Oats | 05-06831 | | x x |
| Phillip A. Gibson LLC | 200 Russell St. Huntsville, AL | 256/519-6824 | Wright vs. Major Motors Ray Edwards vs. City of Madison Intergraph Turner vs. MLP Assoc. | CV03-613 CV04-1594 LHL CV05-289 | | x x x |
| Nick Maram & Assoc. | 2323 S. Voss Rd. Houston, TX | 713-974-9078 | Polidore vs. Time Warner Cable, Inc. Arellano vs. Wal-Mart Stores, Inc. | D-0173638 C2005-621C | | x x |
| Iannella & Mummolo | 55 Court St. Boston, MA | 617/227-1538 | Monteiro vs. Costco Wholesale Corp. | NOCV2004-01210B | | x |
| Michael E. Grimes | 2000 S. Mays St. Round Rock, TX | 512/255-5938 | Finley vs. OHM SAI, Doc's | 04-1192-C368 | | x |
| Boyd & Holland PLLC | 11550 IH -10 W. San Antonio, TX | 210/377-0735 | Borsage vs. HE Butt Grocery Co. | 2005-CI-01200 | | x |
| Bush, Motto, Creen... | 5505 Victoria Ave. Davenport, IA | 563/344-4900 | Flynn vs. Jewel Food Stores | | | x |
| William K. Goldfarb | 301 S. Charlotte Ave. Monroe, NC | 704/296-0055 | Adams vs. Food Lion LLC | 03-CVS-2514 | | x |

Page 8.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Daniels & Morgan | 4401 W. Hundred Rd. Chester, VA | 804/748-9803 | Sadler vs. Sheetz, Inc.<br>Rawlings vs. PMIG, LLC | CL-05-51<br>CL07-1295 | x<br>x | x<br>x |
| Burnette & Burke, L.L.P. | 317 Locust St. Abilene, TX | 325/677-4777 | Hebert vs. Zoo-Koncepts, L.L.C.<br>Nichols vs. Skinney's Stores<br>Lester vs. Mal Enterprises, Inc. | 23,407-B<br>46,248-A<br>18,629 | | x<br>x<br>x |
| Valenzuela & Stern, P.A. | 100 N. Tampa St. Tampa, FL | 813/272-1000 | Rios vs. Internal Bld. Mgt. Inc. | 04-03278JIEM | | x |
| Rosner & Chavez, L.L.C. | 1100 S. Main St. Las Cruces, NM | 505/524-4399 | Garcia vs. NMSU | CV 04-1567 | x | |
| Reeves Law Firm | 619 N. Alameda Blvd. Las Cruces, NM | 505/541-0994 | Dominguez vs. NMSU | | x | |
| Bush, Moto, Creen, Koury... | 5505 Victoria Ave. Davenport, IA | 563/344-4900 | Flynn vs. Jewel Food Stores | | | x |
| Allen, Kopet & Assoc. | P.O. Box 300203 Memphis, TN | 901/759-0161 | Hamilton vs. Goody's Family Clothing | C-05-3 | x | |
| Lunn, Irion, Salley, Carlisle... | 330 Marshall St. Shreveport, LA | 318-222-0665 | Gilmore vs. Starnet Insurance Co. | 38,816-A | x | |
| Schechter, McElwee, Shaffer... | 3200 Travis St. Houston, TX | 713-524-3500 | Zapata vs. NCL Amer. Norwegian Crusie Lin. 06-066<br>Ophir vs. CVS Pharmacy dba Eckerd's #377  31511 | | x<br>x | |
| Walls, Walker, Harris & Wolfe | 3030 NW Expressway, Oklahoma City, OK | 405-702-5300 | Montgomery vs. Sottong, Dresser Mansion | CJ-2005-7174 | | x |
| Brown & James | 1010 Market St. St. Louis, MO | 314/421-3400 | Atkinson cs. Steak-N-Shake Operations, Inc. | 09415-39950 | x | |
| Burnette & Driggers, L.L.C. | 582 Mulberry St. Macon, GA | 478/743-5124 | Goodfriend vs. A&M Hosp./ Hampton Inn | 2006-CV-406 | | x |
| Saverick, Schumann | 6440 N. Central Expy. Dallas, TX | 214/368-1515 | Poettgen vs. Janitex Rug Svc./The Matworks | 4:05-CV-220-A | x | |
| Covati & Robinson<br>Joyce, Johnson & MacConald | 1344 Maple Ave. Roanoak, VA<br>321 W. Galens St. Butte, MT | 540/343-6446<br>406/723-8700 | Foster vs. Flying J | CV-06-00088 | | x |
| The Martin Law Firm | 808 Travis St. Houston, TX | 713/223-0175 | Siewert vs. Myrtle Baech Hospital | 00-CP-26-3899 | | x |
| William J. Tuck | 109 Oak St. Darlington, SC | 843/393-2201 | Weatherford vs. W.L. Flowers/Florence Rental | | | x |
| Kennedy Hodges, L.L.P. | 3701 Kirby Dr. Houston, TX | 713/523-0001 | Malek vs. Aramark Facility Svcs. | 2005-33745 | | x |
| Hayes & Boone L.L.P. | 112 E. Pecan St. San Antonio, TX | 210/978-7000 | Henning vs. Taco Cabana<br>Rankin vs. HEB | 2006-CI-15379<br>06-02-216534-MCV | x<br>x | |
| Butt, Thornton & Baehr P.C. | 4101 Indian School Rd. Albuquerque, NM | 505/884-0777 | Nashboo vs. Akshar Mgt. | D-1333-CV-05-228 | | x |

Page 9.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Burgain G. Hayes | P.O. Box 10447 Austin, TX | 512/472-2193 | Hoekenga vs. Lyon/Opep/New Old Plantation | 2006-3402 | | x |
| Blanchy, Tabor, Bozik... | 56 S. Washington, Valparaiso, IN | 219/464-1041 | Ellis vs. Valparaiso Care & Rehab | 64D04-0308-CT-6840 | | x |
| Andreas I. Jones | 1445 N. Loop West, Houston, TX | 713/932-0688 | Larson vs. Yancey-Hausman & Assoc. | 2005-27335 | | x |
| Corbett Law Firm | 2015 E. Phelps Springfield, MO | 417/866-6666 | Welcome vs. SMSU | 103CC5435 | | x |
| Monty Partners L.L.P. | 18964 Groschke Rd. Houston, TX | 281/493-5529 | Guillen vs. R&E Meat Mkt. | 2003-48535 | x | |
| William A. Smith & Assoc. | 3131 McKinney Ave. Dallas, TX | 214/969-0909 | Kilmer vs. American Ironhorse | 236-206602-04 | | x |
| Watkins & Eager | 400 E. Capitol St. Jackson, MS | 601/948-6470 | Horner vs. Koester | | | x |
| Holden & Carr | 119 N. Robinson, Oklahoma City, OK | 405/813-8888 | Stratton vs. First National Center | CJ-2006-4894 | x | |
| Vernis & Bowling | 1450 S. Woodland Blvd. Deland, FL | 386/734-2505 | Williams vs. Aramark Uniform Services<br>Marshall vs. Aramark Uniform Services | 05-CA-7410<br>300-184610 | x<br>x | x<br> |
| Brann Law Firm | 7660 Woodway Dr. Houston, TX | 713/868-1010 | Rhodes vs. Houston McLane Co.<br>Dickson vs. Doucetts | | ?<br>? | |
| Linebaugh Law Firm | 1300 Rollingbrook Baytown, TX | 281/422-0505 | Downing vs. Winco Masonry<br>Hallmark vs. Brookshire Bros., Inc. | 2005-365560<br>06-02-01119-CV | x<br>x | x<br>x |
| McGilberry & Shirer | 5720 LBJ Freeway Dallas, TX | 972/392-1225 | Deckhard vs. SA Food Mart<br>Mary Jo Deinhart vs. Willowbend Mall | | x<br>x | x<br>x |
| Guerra Law Firm | 320 W. Pecan Ave. McAllen, TX | 956/618-2557 | Guerra vs. Specialty Retailers L.P. | DC-07-325 | | x |
| Bruce McDonald | 1110 Pennsylvania St. Albuquerque, NM | 505/254-2854 | McDonald vs. Marriott Residence Inn | | | x |
| John E. King & Assoc. | 750 Mt. Zion Rd. Jonesboro, GA | 404/378-3633 | Brown vs. American Multi-Cinema | 2005 CV 07508 C | | x |
| Smith & Smith | 6300 Ridglea Pl. Fort Worth, TX | 817/877-5750 | Hodapp vs. Wal-Mart Stores, Inc. | 342-220716-06 | | x |
| Schiller Law Firm | 2309 Parker Rd. Plano, TX | 469/467-9200 | Eoff vs. Fairfax Apartments, Inc. | DC-06-05659-A | | x |
| Dobbs & Tittle, P.C. | 112 E. Line, Tyler, TX | 903/595-1160 | Polk vs. Armadillo<br>Miller vs. Acadia Center<br>Hamilton vs. Kidd-Jones | | | x<br>x<br>x |
| Marshall, Dennehey, Warner... | 620 Freedom Business Ctr. King of Prussia, PA | 610/354-8250 | Huber vs. Health Mats Co., Inc. | 2006 No. 4262 | x | |
| Ruggero Provenghi | 7400 Viscount, El Paso, TX | 915/778-7799 | Porras vs. El Paso Healthcare System | 2006-3473 | | x |

Page 10.

| Attorney / Firm | Address | Phone | Case Name | Case # | Defense | Plaintiff |
|---|---|---|---|---|---|---|
| Woodke & Gibbons, P.C. | 7253 Grover St. Omaha, NE | 402/391-6000 | Kouris vs. Safety-Kleen Systems, Inc. | 00-175-06 | | x |
| Brown, Pruitt, Peterson... | 201 Main St. Fort Worth, TX | 817/338-4888 | Orlowski vs. La Playa Maya Restaurant Burns vs. Finn | 096-215819-06 164,915-A | x x | |
| Bailey & Gaylen | 1833 Egret Bay Blvd. Houston, TX | 281/335-7744 | Wiggins vs. McDonalds Restaurants | 2007-35265 | | x |
| Baker, Ravenal & Bender | 3710 Landmark Dr. Columbia, SC | 803/799-9091 | Weatherford vs. IGA Rental Uniforms | 2006-CP-16-1046 | x | |
| Stephen R. Fine | 620 Chestnut St. Manchester, NH | 603/668-2243 | Rovatsos vs. GMRI, Inc. | 1:07-CV-00169-JM | | x |
| Javier Villarreal, PLLC | 765 E. Seventh St. Brownsville, TX | 956/550-0888 | Hernandez vs. Wal-Mart Stores, Inc. | | | x |
| Flint & Soyars, PC | 5520 Plaza Dr. Texarkana, TX | 903/334-8928 | Lange vs. Texas Roadhouse | 507CV-045 | | x |
| Bohm, Boyle & Jones | 2141 E. Camelback Rd. Phoenix, AZ | 602/840-8787 | Stewart vs. Butler and Cent. AZ Med. Assoc. | | | x |